# EXHIBIT A

Skip to Main Content Search Menu New Civil Search Refine Search  Back          Location : Pinellas County  Help

# REGISTER OF ACTIONS
## CASE NO. 14-006856-SC

| | | |
|---|---|---|
| **DIANA PARKER Vs. US BANK NA** | § § § § § § | Case Type: **SMALL CLAIMS 4 - $2,501 - $5,000** |
| | | Date Filed: **08/28/2014** |
| | | Location: **South** |
| | | Judicial Officer: **SMALL CLAIMS JUDGE, SOUTH** |
| | | UNIFORM CASE NUMBER: **522014SC006856XXSCSC** |

## PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **DEFENDANT** | **US BANK NA**<br>7861 BAYBERRY RD<br>JACKSONVILLE, FL 32256 | |
| **PLAINTIFF** | **PARKER, DIANA**<br><br>C/O BOSS ARRIGHI & HOAG PL 9800 4TH<br>ST. N., STE. 402<br>ST. PETERSBURG, FL 33702 | **ANTHONY S BRADLOW**<br>BOSS ARRIGHI AND HOAG P L<br>9800 4 ST N<br>SUITE 402<br>ST. PETERSBURG, FL 33702<br><br>727-471-0039(W) |

## EVENTS & ORDERS OF THE COURT

|  | **OTHER EVENTS AND HEARINGS** |
|---|---|
| 10/09/2014 | **SMALL CLAIMS PRE-TRIAL**  (3:00 PM) (Judicial Officer JAGGER, EDWIN) |
| 10/02/2014 | **NOTICE RETURNED SERVED** |
| 09/02/2014 | **NOTICE/STMT OF CLAIM-DEFT/** |
| | Party:  US BANK NA |
| 09/02/2014 | **NOTICE TO PLTF/PLTF ATTY** |
| 09/02/2014 | **SUMMONS EMAILED TO ATTORNEY FOR SERVICE** |
| | Party:  US BANK NA |
| 08/28/2014 | **COMPLAINT E-FILED** |
| 08/28/2014 | **SUMMONS TO BE ISSUED** |
| | *NOT USED BY CLERK* |
| 08/28/2014 | **ATTACHMENT TO COMPLAINT** |
| | *DEMAND LETTER FROM ATTORNEY* |
| 08/28/2014 | **ATTACHMENT TO COMPLAINT** |
| | *MORTGAGE STATEMENT* |
| 08/28/2014 | **CORRESPONDENCE TO CLERK RE:** |
| | *REQUEST FOR SUMMONS* |

## FINANCIAL INFORMATION

|  | **PLAINTIFF** PARKER, DIANA | | |
|---|---|---|---|
| | Total Financial Assessment | | 310.00 |
| | Total Payments and Credits | | 310.00 |
| | **Balance Due as of 10/09/2014** | | **0.00** |
| | | | |
| 08/29/2014 | Transaction Assessment | | 310.00 |
| 08/29/2014 | E-FILE PAYMENT | Receipt # EF-2014-31533 | PARKER, DIANA | (310.00) |



PROTECTYOURFUTURE.COM

August 28, 2014

**SENT VIA E-FILING**
St. Petersburg Branch Office
545 First Avenue North
St. Petersburg, FL 33701

      **Re:**    **Request for Summons to be Issued**

To Whom It May Concern:

      Please find enclosed Complaint, Exhibits A & B, and a Summons to Be Issued. Please issue the enclosed Summons for U.S. Bank, N.A. and return it to my personal email address: tbradlow@protectyourfuture.com.

      Thank you in advance for your cooperation. Please contact me if you have any questions, comments, or concerns.

                    Very Truly Yours,

                    /s/*Anthony S. Bradlow*
                    Anthony S. Bradlow, Esq.

ASB
Enclosure.

## County Court, Pinellas County, Florida
## Small Claims Division

(727) 464-7000 - www.mypinellasclerk.org

REF: 14-006856-SC South

DIANA PARKER
Vs.
US BANK NA

TO:   PLAINTIFF/PLAINTIFF ATTORNEY
      ANTHONY S BRADLOW
      BOSS ARRIGHI AND HOAG P L
      9800 4 ST N
      SUITE 402
      ST PETERSBURG FL  33702

### SUMMONS/NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE

THE STATE OF FLORIDA:

NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

YOU ARE HEAREBY NOTIFIED that you are required to appear in person or by attorney at the Pinellas County Courthouse in:

**COURTROOM M - ST PETERSBURG JUDICIAL BUILDING
545 1ST AVENUE NORTH
ST PETERSBURG, FL 33701**

on **Thursday, October 09, 2014**  at **3:00 PM** for a PRE-TRIAL CONFERENCE before a judge of the court.

### IMPORTANT – READ CAREFULLY
THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES,
APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) *must* appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) *must* appear to avoid having the case dismissed for lack of prosecution.  A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference.  The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity.   Written authorization must be brought to the Pre-Trial Conference.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., 5th Floor, Clearwater, FL   33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference. Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties. It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement." You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment, execution, or levy.

RIGHT TO VENUE: The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

1) Where the contract was entered into.
2) If suit is on unsecured promissory note, where the note is signed or where the maker resides.
3) If the suit is to recover property or to force a foreclosure of a lien, where the property is located.
4) Where the event giving rise to the suit occurred.
5) Where any one or more of the defendant(s) sued resides.
6) Any location agreed to in a contract.
7) In an action for money due, if there is no agreement as to where suit may be filed, proper venue lies in the county where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated at Clearwater, Florida on September 02, 2014.

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

DIANA PARKER

# County Court, Pinellas County, Florida
## Small Claims Division
(727) 464-7000 - www.mypinellasclerk.org

REF: 14-006856-SC South

DIANA PARKER
Vs.
US BANK NA

TO:     PLAINTIFF/PLAINTIFF ATTORNEY
        ANTHONY S BRADLOW
        BOSS ARRIGHI AND HOAG P L
        9800 4 ST N
        SUITE 402
        ST PETERSBURG FL 33702

### SUMMONS/NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE

THE STATE OF FLORIDA:

#### NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
YOU ARE HEAREBY NOTIFIED that you are required to appear in person or by attorney at the Pinellas County Courthouse in:

        COURTROOM M - ST PETERSBURG JUDICIAL BUILDING
        545 1ST AVENUE NORTH
        ST PETERSBURG, FL 33701

on **Thursday, October 09, 2014,** at **3:00 PM** for a PRE-TRIAL CONFERENCE before a judge of the court.

### IMPORTANT – READ CAREFULLY
THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES,
APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) *must* appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) *must* appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference. The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pre-Trial Conference.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., 5th Floor, Clearwater, FL   33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

# RETURN OF SERVICE

**State of Florida**            **County of Pinellas**            **County Court**

Case Number: 14-006856-SC- SOUTH   Court Date: 10/9/2014  3:00 pm

Plaintiff:
**Diana Parker**

vs.

Defendant:
**US Bank NA**

For:
Anthony S. Bradlow, Esq.
BOSS, ARRIGHI & HOAG, P.L.
9800 Fourth Street North
Suite #402
St. Petersburg, FL  33702

Received by The Lazo Agency on the 3rd day of September, 2014 at 9:13 pm to be served on **US Bank NA, 7861 Bayberry Rd., Jacksonville, FL 32256.**

I, Roger Martucci # 771, do hereby affirm that on the **9th day of September, 2014** at **10:35 am, I:**

Served an AUTHORIZED entity by delivering a true copy of the Summons/Notice to Appear for Pre-Trial Conference, Statement of Claim, Exhibits with the date and hour of service endorsed thereon by me, to: Tim Eckery as Manager at the address of: 7861 Bayberry Rd., Jacksonville, FL 32256, who stated they are authorized to accept service for US Bank NA, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 6'1", Weight: 200, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified / Special Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

**Roger Martucci # 771**
Special Process Server

**The Lazo Agency**
**6822 - 22nd Ave. North**
**#352**
**St. Petersburg, FL 33710**
**(727) 381-9362**
Our Job Serial Number: EAL-2014002906

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

# County Court, Pinellas County, Florida
## Small Claims Division
(727) 464-7000 - www.mypinellasclerk.org

REF: 14-006856-SC South

DIANA PARKER
Vs.
US BANK NA

TO:   US BANK NA
      7861 BAYBERRY RD
      JACKSONVILLE FL 32256

### SUMMONS/NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE

THE STATE OF FLORIDA:

#### NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
YOU ARE HEAREBY NOTIFIED that you are required to appear in person or by attorney at the Pinellas County Courthouse in:

      COURTROOM M - ST PETERSBURG JUDICIAL BUILDING
      545 1ST AVENUE NORTH
      ST PETERSBURG, FL 33701

on **Thursday, October 09, 2014** at **3:00 PM** for a PRE-TRIAL CONFERENCE before a judge of the court.

### IMPORTANT – READ CAREFULLY
THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES,
APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) **must** appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) **must** appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference. The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pre-Trial Conference.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., 5th Floor, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference. Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties. It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement." You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

Date: _9-9_
Time: _1035_
Initials: _RCM_
ID #: _771_

## County Court, Pinellas County, Florida
## Small Claims Division
(727) 464-7000 - www.mypinellasclerk.org

REF: 14-006856-SC South

DIANA PARKER
Vs.
US BANK NA

TO:    US BANK NA
       7861 BAYBERRY RD
       JACKSONVILLE FL  32256

### SUMMONS/NOTICE TO APPEAR FOR PRE-TRIAL CONFERENCE

THE STATE OF FLORIDA:
### NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)
YOU ARE HEAREBY NOTIFIED that you are required to appear in person or by attorney at the Pinellas County Courthouse in:

       COURTROOM M - ST PETERSBURG JUDICIAL BUILDING
       545 1ST AVENUE NORTH
       ST PETERSBURG, FL 33701

on **Thursday, 10/09/2014** at **3:00 PM** for a PRE-TRIAL CONFERENCE before a judge of the court.

### IMPORTANT – READ CAREFULLY
### THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES,
### APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) **must** appear in court on the date specified in order to avoid a default judgment. The Plaintiff(s) **must** appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or defendant(s) shall not excuse the personal appearance of a party or its attorney in the pre-trial conference. The date and time of the PRE-TRIAL CONFERENCE CANNOT be rescheduled without good cause and prior court approval.

Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal of the business entity. A principal is defined as being an officer, member, managing member, or partner of the business entity. Written authorization must be brought to the Pre-Trial Conference.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., 5th Floor, Clearwater, FL 33756, (727) 464-4062 (V/TDD), at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

The purpose of the pre-trial conference is to record your appearance, to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pre-trial conference.

You may be ordered to mediate at the pre-trial conference. Mediation means "A process whereby a neutral third person called a Mediator acts to encourage and facilitate the resolution of a dispute between two or more parties. It is an informal process with the objective of helping the disputing parties reach a mutually acceptable and voluntary agreement." You or your attorney must have full authority to settle without further consultation at pre-trial mediation.

Copy 1

You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment, execution, or levy.

RIGHT TO VENUE: The law gives the person or company who has sued you the right to file suit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you as the defendant(s) have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following:

1) **Where the contract was entered into.**
2) **If suit is on unsecured promissory note, where the note is signed or where the maker resides.**
3) **If the suit is to recover property or to force a foreclosure of a lien, where the property is located.**
4) **Where the event giving rise to the suit occurred.**
5) **Where any one or more of the defendant(s) sued resides.**
6) **Any location agreed to in a contract.**
7) **In an action for money due, if there is no agreement as to where suit may be filed, proper venue lies in the county where payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court seven days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's (s') attorney, if any.

A copy of the statement of claim shall be served with the original, alias and pluries summons.

Dated at Clearwater, Florida on September 02, 2014.

KEN BURKE, CPA
CLERK OF THE CIRCUIT COURT
& COMPTROLLER

Filing # 17623775 Electronically Filed 08/28/2014 11:23:57 AM

## IN THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA

DIANA PARKER,                                    CASE NO.:

      Plaintiff,

vs.

U.S. BANK, N.A.,                                 <u>DEMAND FOR JURY TRIAL</u>

      Defendant.

_____/

### STATEMENT OF CLAIM

    **COMES NOW**, Plaintiff, DIANA PARKER (hereafter "Plaintiff"), by and through undersigned counsel, hereby sues Defendant, U.S. BANK, N.A. (hereafter "Defendant"), and states as follows:

### PRELIMINARY STATEMENT

    This action arises out of Defendant's violations of the Florida Consumer Collection Practices Act, Florida Statute §§ 559.55 *et seq.* (hereafter the "FCCPA") and the Telephone Consumer Protection Act, 47 U.S.C. §§ 227 *et seq.* (hereafter the "TCPA").

### GENERAL ALLEGATIONS

1.    Plaintiff is an individual residing in Pinellas County, Florida.

2.    This is an action for damages no greater than $5,000.00.

3.    Defendant a nationally chartered bank.

4.    Defendant is a "Creditor", as defined by the FCCPA, Fla. Stat. § 559.55(3), and does business throughout the state of Florida, including Pinellas County, Florida.

5.    The debt is a consumer debt as defined by the FCCPA, Florida Statute §559.55(1).

6.      Defendant is a "person" subject to regulations under the Fla. Stat. § 559.72 and 47 U.S.C. § 227(b)(1).

## FACTUAL ALLEGATIONS

7.      It is alleged by Defendant that Plaintiff owed a debt to Defendant relating to U.S. Bank Home Mortgage, Account Nos. ending in -1089 and -7538.

8.      Plaintiff revoked any prior express consent to contact Plaintiff via cell phone or any other form of communication on October 13, 2013 at 5:39 P.M. through a facsimile transmission to Defendant's facsimile no. (270) 780-5419. *See* Exhibit "A."

9.      The following phone numbers, (800) 337-1193 and (800) 365 7900, are phone numbers of Defendant.

10.     Plaintiff's cellular telephone number is (727) 288-6963.

11.     Defendant used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls from (800) 337-1193 to Plaintiff's cellular telephone on the following dates and times:

October 16, 2013 at 9:50 A.M.;

October 21, 2013 at 9:28 A.M.; and

October 24, 2013 at 9:24 A.M.

12.     Defendant used an automatic telephone dialing system or an artificial or prerecorded voice to place telephone calls from (800) 337-1193 to Plaintiff's cellular telephone on the following dates and times:

October 24, 2013 at 9:27 A.M.; and

November 1, 2013 at 9:26 A.M.

13.     During Plaintiff's brief conversation with Defendant on October 16, 2013 at 9:50 A.M., Plaintiff orally informed Defendant's representative, "Eric," that he should contact Plaintiff's attorney and that Defendant is not authorized to call Plaintiff again.   Plaintiff immediately hung up the phone after making the aforementioned statement to Defendant.

14.     Additionally, Defendant sent a debt collection letter, addressed to Plaintiff, on August 18, 2014. *See* Exhibit "B." Defendant has waived any right to seek a deficiency or any monies relating to this debt.

15.     Defendant knowingly or willfully called Plaintiff's cellular telephone from telephone numbers (800) 868-0043 and (800) 337-1193 after Defendant had unequivocal notice that Plaintiff was represented by an attorney and could readily ascertain the Firm's contact information.

16.     Plaintiff's attorney did not fail to respond within a reasonable period of time to any communication from Defendant, did not consent to Defendant's direct communication with Plaintiff, and Plaintiff did not initiate any communications.

17.     None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C. § 227 (b)(1)(A).

18.     None of Defendant's telephone calls placed to Plaintiff were made with Plaintiff's "prior express consent" as specified in 47 U.S.C. § 227 (b)(1)(A).

19.     All conditions precedent to the filing of this lawsuit have been performed or have occurred.

## COUNT I: VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(18)

20.     Plaintiff incorporates all allegations in paragraphs 1-19 as if stated fully herein.

21.     Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

22.     Defendant violated the FCCPA, Fla. Stat. § 559.72(18), when it knowingly communicated with Plaintiff after it knew Plaintiff was represented by counsel and could reasonably ascertain the name and address of counsel.

23.     Specifically, Defendant continued to place phone calls to Plaintiff's cellular telephone despite having actual knowledge that Plaintiff was represented by an attorney.

**WHEREFORE**, Plaintiff, DIANA PARKER, demands judgment against Defendant, U.S. BANK, N.A., for the following relief:

a.      any actual damages sustained by Plaintiff as a result of the above allegations;

b.      additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c.      pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff whole;

d.      in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff; and

e.      any other relief the court deems just and proper.

**COUNT II: VIOLATION OF THE FCCPA, FLA. STAT. § 559.72(9)**

24.     Plaintiff incorporates all allegations in paragraphs 1-23 as if stated fully herein.

25.     Jurisdiction is proper, pursuant to Florida Statute § 559.77(1).

26.     Defendant violated Florida Statute § 559.72(9) when Defendant knowingly claimed, attempted and threatened to enforce a debt when Defendant knew that the debt was not legitimate; or asserted the existence of some other legal right when Defendant knew that the right did not exist.

27.     Specifically, Defendant continued to attempt to collect a debt after it had waived its right to seek any monies relating to Plaintiff's Accounts referenced in Paragraph 7 above.

**WHEREFORE**, Plaintiff, DIANA PARKER, demands judgment against Defendant, U.S. BANK, N.A., for the following relief:

a.     any actual damages sustained by Plaintiff as a result of the above allegations;

b.     additional statutory damages pursuant to Florida Statute § 559.77(2) in the amount of $1,000.00;

c.     pursuant to §559.77(2), any specific or injunctive relief necessary to make Plaintiff whole;

d.     in the case of a successful action sustaining the liability of Defendant, pursuant to the FCCPA, Fla. Stat. § 559.77(2), costs of the action, together with reasonable attorney's fees incurred by Plaintiff; and

e.     any other relief the court deems just and proper.

## COUNT III: VIOLATION OF THE TCPA, 47 U.S.C. § 227(b)(1)(A)(iii)

28.     Plaintiff incorporates all allegations in paragraphs 1-19 as if stated fully herein.

29.     Jurisdiction is proper, pursuant to 47 U.S.C. § 227(b)(3).

30.     Defendant used an automatic telephone dialing system or an artificial or prerecorded voice as defined by 47 U.S.C. § 227(a)(1)(A)(iii) to make telephone calls to Plaintiff's cellular telephone.

31.     Defendant independently violated 47 U.S.C. § 227(b)(1)(A)(iii) for each call that Defendant placed to Plaintiff's cellular telephone using an automatic telephone dialing system or an artificial or prerecorded voice.

32.     The phone calls made by Defendant are considered willing and knowing violations of the TCPA, as Defendant is a sophisticated credit lender that is well aware of the TCPA and its prohibitions.

**WHEREFORE,** Plaintiff, DIANA PARKER, demands judgment against Defendant, U.S. BANK, N.A., for the following relief:

a.     statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) in the amount of $500.00 for each of the independent violations occurring after May 7, 2014;

b.     an increase in the amount of the award to an amount equal to three times the amount available pursuant to 47 U.S.C. § 227(b)(3)(B) where each of Defendant's independent violations were made willfully or knowingly; and

c.     any other relief the court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues.

Date: **August 28, 2014**                              Respectfully Submitted,

Christopher W. Boss, Fla. Bar No.: 013183
Anthony S. Bradlow, Fla. Bar No.: 104904
**Boss, Arrighi & Hoag, P.L.**
9800 Fourth Street North, Suite 402
St. Petersburg, Florida 33702
Email: tbradlow@protectyourfuture.com
Service Email: cpservice@protectyourfuture.com
Phone: (727) 471-0039
Fax:    (888) 503-2182
**Attorney for Plaintiff**

EXHIBIT "A"

Filing # 17623775 Electronically Filed 08/28/2014 11:23:57 AM

# Send Result Report

**MFP**

**❖ KYOCERA**

TASKalfa 300ci

10/14/2013 17:39

Firmware Version  2H7_2F00.013.006 2012.01.06

[2JZ_1000.023.001] [2H7_1100.002.003] [2H7_7000.013.006]

Job No.: 112877          Total Time: 0°00'29"          Page: 002

# Complete

Document:          doc20131014173843



## BOSS | ARRIGHI | HOAG

### ATTORNEYS AT LAW

— PROTECT YOUR FUTURE —

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
ANTHONY S. BRADLOW, ESQ.
CHRISTINA J. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

October 14, 2013
*via FACSIMILE*

US Bank
Attn: Legal Dept.
FAX: (270) 780-5419

RE:     **Diana Parker**          ACCOUNT NO.:          9902261089 & 9904207538
        483 Countryside Kay Blvd
        Oldsmar, FL 34677

## THIS IS A FORMAL CONSUMER PROTECTION NOTICE

This letter serves as official notice under the Fair Debt Collection Practices Act FDCPA, the Florida Consumer Collection Practices Act FCCPA, and all other applicable Federal consumer protection statutes and regulations.

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|-----|---------------|-------------|-------|------|--------|----------------|
| 001 | 10/14/13 17:39 | 12707805419 | 0°00'29" | FAX | OK | 200x100 Normal/On |

1

[ QJC0404679 ]



# BOSS | ARRIGHI | HOAG
## ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
ANTHONY S. BRADLOW, ESQ.
CHRISTINA J. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

October 14, 2013
*via FACSIMILE*

US Bank
Attn: Legal Dept.
FAX: (270) 780-5419

> RE:   Diana Parker          ACCOUNT NO.:      9902261089 & 9904207538
>          483 Countryside Key Blvd
>          Oldsmar, FL 34677

## THIS IS A FORMAL CONSUMER PROTECTION NOTICE

This letter serves as official notice under the Fair Debt Collection Practices Act FDCPA, the Florida Consumer Collection Practices Act FCCPA, and all other applicable Federal consumer protection statutes and regulations.

The United States Congress, in recognizing the abundance of abusive, deceptive, and unfair debt collection practices used by debt collectors, responded by passing 15 U.S.C. §1692, more commonly known as the **Fair Debt Collection Practices Act** FDCPA. The purpose of which, as noted by Congress, is to eliminate abusive debt collection practice by debt collectors.

Any debt collector who fails to comply with any provisions of the FDCPA is liable for damages in the amount of $1,000.00 and any actual damages sustained by such person in addition to attorney fees and costs, as a result of the failure of the debt collector to conform to the FDCPA.

Pursuant to 15 U.S.C. §1692c, a debt collector may not communicate with a consumer in connection with the collection of any debt at an unusual time, or place. **If the debt collector knows the consumer is represented by an attorney with respect to such debt, a debt collector may not communicate with a consumer directly.** A debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, the creditor, the attorney of the creditor or the attorney of the debt collector. Further, a debt collector may not communicate with a consumer at the consumer's place of employment if the debt collector knows or has reason to know the employer prohibits such communication.

In the same spirit, Florida legislators have passed FL ST § 559.72 more commonly known as the **Florida Consumer Collection Practices Act** FCCPA, which acts as companion legislation to the FDCPA.

Pursuant to FL ST § 559.72(18), a creditor may not communicate with a consumer in connection with the collection of any debt at an unusual time, or place. **If the creditor knows the consumer is**

 BOSS | ARRIGHI | HOAG

ATTORNEYS AT LAW

CHRISTOPHER W. BOSS, ESQ.
BRIAN D. ARRIGHI, ESQ.
BRIAN M. HOAG, ESQ.
ANTHONY S. BRADLOW, ESQ.
CHRISTINA J. DAVIS, ESQ.
MATTHEW W. KINDEL, ESQ.
ADAM T. RAUMAN, ESQ.
ALEXANDRA J. REESE, ESQ.

PROTECT YOUR FUTURE

represented by an attorney with respect to such debt, a creditor may not communicate with a consumer directly. A creditor may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, the attorney of the creditor, the debt collector, or the attorney of the debt collector. Further, a creditor may not communicate with a consumer at the consumer's place of employment if the creditor knows or has reason to know that the employer prohibits such communication.

You no longer have permission to contact this consumer on any and all telephone numbers. If you had prior permission to call the consumer's telephone numbers, including any landline, facsimile, voice over IP line, or mobile number, it is hereby revoked.

Immediately, refrain from contacting our client directly or we will have no other option but to pursue legal action against you in the form of suit. If you have any further requests or questions, please contact the offices of Boss, Arrighi & Hoag, P.L. by mail, phone or fax. Thank you for your strict compliance with the Fair Debt Collection Practices Act, 15 U.S.C. §1692, the Florida Consumer Collection Practices Act and all other Federal consumer protection statutes and regulations.

If you have any questions, please contact us at (888) 783-4196.

Sincerely,

Boss, Arrighi & Hoag, P.L.

Anthony S. Bradlow, Esq.

9800 FOURTH STREET NORTH, SUITE 402 | ST. PETERSBURG, FLORIDA 33702 | PHONE: (727) 471-0039 | FAX: (727) 471-1206
5321 PRIMROSE LAKE CIRCLE | TAMPA, FLORIDA 33647 | PHONE: (813) 251-2921 | FAX: (866) 207-2020
97 ROYAL PALM POINTE | VERO BEACH, FLORIDA 32960 | PHONE: (772) 675-4304

WWW.PROTECTYOURFUTURE.COM

EXHIBIT "B"

Filing # 17623775 Electronically Filed 08/28/2014 11:23:57 AM

**U.S. bank**
*All of us serving you*
Home Mortgage

U.S. Bank Home Mortgage
4801 Frederica Street
Owensboro, KY  42301

OVERNIGHT DELIVERY:

## Mortgage Statement

| | |
|---|---|
| Statement Date | 08/18/2014 |
| Account Number | 9904207538 |
| Scheduled Due Date | 09/01/2014 |
| Loan Due Date | 06/01/2013 |
| **Total Amount Due** | **$281.53** |

0-728-24404-0231112-067-1-001-010-000-000

DIANA PARKER
BOSS, ARRIGHI & HOAG PL
0800 4TH ST N STE 402
ST PETERSBURG FL  33702-2404

*If received after 09/16/2014, $2.67 late fee may be charged, pay $284.20.

### Explanation of Total Amount Due

| PAYMENT FACTORS | |
|---|---|
| Principal | $0.00 |
| Interest | $0.00 |
| PAYMENT AMOUNT DUE | $0.00 |
| Past Due Amount | $281.53 |
| **TOTAL AMOUNT DUE** | **$281.53** |

*If received after 09/16/2014, $2.67 late fee may be charged, pay $284.20.

Total Amount Due is not a Payoff or Reinstatement amount.

## Contact Information

Live Customer Support: Monday - Friday 7-8 CT And Saturday 8-2 CT  800-365-7772
Automated Services also available at this number 24 hours

Live Hearing Impaired Customer Support: Monday-Friday, 8:00 a.m-5:00 p.m CT.  800-874-5563
A TDD/TTY machine is required when calling this number

Correspondence Address          Notice of Error and Request for Information
U.S. Bank Home Mortgage         U.S. Bank Home Mortgage
P.O. Box 21948                  P.O. Box 21977
Eagan, MN 55121                 Eagan, MN 55121
Website                         www.usbankhomemortgage.com

## Account Information

| Property Address | 453 COUNTRYSIDE KEY BLVD |
|---|---|
| | OLDSMAR FL 34677 |
| Outstanding Principal Balance (Not a Payoff Amount) | $277.67 |
| Interest Rate | 5.00000% |

If You Are Experiencing Financial Difficulty: To find a HUD-certified counseling organization in your area, contact HUD at 800-569-4287 or visit its website at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm

### Past Payment Breakdown

| | PAID SINCE LAST STATEMENT | PAID YEAR TO DATE |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |

## Transaction Activity

**IMPORTANT MESSAGES**

Our Complaint Process:  Please submit any mortgage loan foreclosure or foreclosure alternative process related complaint to U.S. Bank, Attention: Escalation Center, 17500 Rockside Road, Bedford, Ohio 44146.  Your submission should include the name of each borrower and the loan number.

**Notices of Error and Requests for Information**

Borrowers have certain rights under Federal law related to resolving errors and requesting information about their mortgage account. Notices of Error and Requests For Information must be directed to U.S. Bank, Attention: Escalation Center, P.O. Box 21977, Eagan, MN 55121.  Your submission must be in writing and include the name of each borrower, the loan number and a description of the error you believe has occurred OR a request for specific information regarding your mortgage loan.

**DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT**

**U.S. bank** Home Mortgage

DIANA PARKER

| Account Number | Scheduled Due Date | Payment Amount | Optional Insurance/ Optional Products | Past Due Amount | Past Due Optional Insurance/ Optional Products | Total Amount Due |
|---|---|---|---|---|---|---|
| 9904207538 | 09/01/2014 | $0.00 | $0.00 | $281.53 | $0.00 | $281.53 |

| *IF RECEIVED AFTER CUTOFF | TOTAL AMOUNT DUE AFTER CUTOFF |
|---|---|
| 09/16/2014 | $284.20 |

U.S. Bank Home Mortgage
P.O. Box 20005
Owensboro, KY  42304-0005

OVERNIGHT DELIVERY:
U.S. Bank Home Mortgage
4801 Frederica Street
Owensboro, KY  42301

☐ Check here if name, address and/or phone number changes have been indicated on reverse side.

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| Other (Please specify) | $ |
| **Total Amount Enclosed** | $ |

4

00251599042075384  00002675  00000000  00281535  002842084

OVERNIGHT DELIVERY:



U.S. Bank Home Mortgage
4801 Frederica Street
Owensboro, KY 42301

All of us serving you
Home Mortgage

0-726-34404-0331112-067-2-001-010-000-000
DIANA PARKER
BOSS, ARRIGHI & HOAG PL
9800 4TH ST N STE 402
ST PETERSBURG FL 33702-2464

| Mortgage Statement | |
|---|---|
| Statement Date | 08/18/2014 |
| **Account Number** | **9904207538** |
| Scheduled Due Date | 09/01/2014 |
| We may contact you if payment is not received by this scheduled due date. | |
| Loan Due Date | 08/01/2013 |
| **Total Amount Due** | **$281.53** |
| **If received after 09/16/2014, $2.67 late fee may be charged, pay $284.20.** | |

## Delinquency Notice

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of 08/18/2014, you are 382 days delinquent on your mortgage loan.

### Recent Account Activity

| Payment Due | Amount | Date Paid |
|---|---|---|
| 01/01/2014 | $53.33 | UNPAID |
| 12/01/2013 | $53.33 | UNPAID |
| 11/01/2013 | $53.33 | UNPAID |
| 10/01/2013 | $53.33 | UNPAID |
| 09/01/2013 | $53.33 | UNPAID |
| 08/01/2013 | $53.33 | UNPAID |

Total Amount Due $281.53. You must pay this amount to bring your loan current.

Please see Explanation of Total Amount Due for details.

The Total Amount Due is as of the statement date. Additional charges may apply. For an up-to-date reinstatement quote call 855-698-7627.

If You Are Experiencing Financial Difficulty: See Account Information Box for information about loan counseling or assistance.

## Additional Messages

Our Complaint Process: Please submit any mortgage loan foreclosure or foreclosure alternative process related complaint to U.S. Bank, Attention: Escalation Center, 17500 Rockside Road, Bedford, Ohio 44146. Your submission should include the name of each borrower and the loan number.

BEWARE OF FORECLOSURE RESCUE SCAMS

The Office of the Comptroller of the Currency (OCC) has issued a Consumer Advisory to help homeowners avoid scams that claim to help them save their homes, but can cause them to lose their homes and their money. Learn more by visiting the OCC website at www.occ.treas.gov/ftp/ADVISORY/2009-1.pdf. The OCC does advise that the most important thing you can do to prevent scams is to work directly with your mortgage lender first. So, if you have questions about loan modification options or how to avoid foreclosure, please contact one of our Default Counselors toll-free at 800-365-7900 or visit our website at www.usbankhomemortgage.com.

According to www.payitgreen.org, in just one year, by switching from paper to electronic billing, statements and payments, the average American household would:

- Save 6 pounds of paper    - Prevent the production of 29 pounds of greenhouse gases
- Save 23 pounds of wood

Visit www.usbankhomemortgage.com today to go paperless! When completing the E-Bill registration, select the paperless bill option or on the Payment Confirmation screen, select to enroll now to receive your bill in green.

PayItGreen
Good for the Environment. Good for You.

* To learn more about PayItGreen,
  visit www.payitgreen.org