**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DIANA PARKER,                               CASE NO.: 14-cv-02566-SDM-TGW

    Plaintiff,

vs.

U.S. BANK, N.A.,

    Defendant.
_____/

**PLAINTIFF AND DEFENDANT'S NOTICE OF SETTLEMENT**

**COMES NOW**, Plaintiff, DIANA PARKER, and Defendant, U.S. BANK, N.A., by and through their undersigned counsel, and pursuant to Local Rule 3.08(a), hereby file this Notice of Settlement, and states that Plaintiff and Defendant have come to an amicable settlement agreement.

Date: **June 15, 2015**

| | |
|---|---|
| /s/ *Zachary S. Foster*_____ | /s/ *Christopher W. Boss* _____ |
| Zachary S. Foster | Christopher W. Boss |
| Florida Bar No. 111980 | Florida Bar No. 13183 |
| S. Douglas Knox | Email: chris@protectyourfuture.com |
| Florida Bar No. 849871 | BOSS, ARRIGHI & HOAG, P.L. |
| E-mail: Zachary.Foster@quarles.com | 9887 Fourth Street North, Suite 202 |
| Quarles & Brady LLP | St. Petersburg, Florida  33702 |
| 101 East Kennedy Blvd., Ste. 3400 | Telephone: (727) 471-0039 |
| Tampa, FL 33602 | Facsimile: (727) 471-1206 |
| Telephone: (813) 387-0300 | |
| Facsimile: (813) 387-1800 | *Trial Counsel for Plaintiff,* |
| | *Diana Parker* |
| *Trial Counsel for Defendant,* | |
| *U.S. Bank, N.A.* | |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 15, 2015**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notice to the following authorized CM/ECF filers:

Attorneys for Defendant
Zachary Foster, Zachary.Foster@quarles.com; Douglas Knox, Douglas.Knox@quarles.com

and Peter John Grilli, Mediator, meditr@aol.com.

*Christopher W. Boss*
Christopher W. Boss, Esq.